UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff(s),

- against -

CHESTNUT PETROLEUM DIST., INC., et al.,

                Defendant(s).

-----------------------------------------------------------X

**ORDER**

19 Civ. 3904 (NSR)

Román, D.J.:

        The Court waives the Initial Pre-trial Conference, will sign the Scheduling Order and issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes. The parties are directed to contact Judge McCarthy within seven (7) business days to schedule a conference.

SO ORDERED.

Dated:     White Plains, New York
            December 10, 2019

_____
Nelson S. Román, U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2019